THE STATE OF MONTANA ex rel. DOUGLAS C. THOMSON, Relator, v. DISTRICT COURT of the SIXTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF PARK, and the HONORABLE ROBERT H. WILSON, Judge presiding. Respondent.

No. 12964.
Decided Feb. 4, 1975.
530 P.2d 1163.

ORDER

PER CURIAM:

Original Proceeding.

The petition for a writ of supervisory control is hereby denied and this proceeding is dismissed.